# U.S. District Court
# Southern District of Indiana (Indianapolis)
# CIVIL DOCKET FOR CASE #: 1:18−cv−01767−JMS−MJD

BILLINGS v. RYZE CLAIM SOLUTIONS, LLC  
Assigned to: Judge Jane Magnus−Stinson  
Referred to: Magistrate Judge Mark J. Dinsmore  
Case in other court:  California Eastern, 1:17−cv−01600  
Cause: 29:201 Fair Labor Standards Act  

Date Filed: 06/11/2018  
Date Terminated: 07/29/2019  
Jury Demand: Plaintiff  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question  

Discovery Deadline:  
Dispositive Motion Deadline:  

Settlement Conference:  
Final Pretrial Conference:  
Trial Date:  

**Plaintiff**

**LESLIE BILLINGS**  
*an individual*

represented by **Ann Hendrix**  
The Myers Law Group, A.P.C.  
9327 Fairway View Place  
Ste. 100  
Rancho Cucamonga, CA 91730  
(909) 919−2027  
Fax: (888) 375−2102  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Jason Thomas Hatcher**  
MYERS LAW GROUP, APC  
9327 Fairway View Place  
Suite 100  
Rancho Cucamonga, CA 91730  
909−919−2027  
Fax: 888−375−2102  
Email: jhatcher@myerslawgroup.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  

**Alvin F. Ferrara**  
THE MYERS LAW GROUP, APC  
9327 Fairway View Place, Suite 100  
Rancho Cucamonga, CA 91730  
(909) 919−2027  
Fax: (888) 375−2102  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  

**David P. Myers**  
THE MYERS LAW GROUP, APC  
9327 Fairway View Place, Suite 100  
Rancho Cucamonga, CA 91730  
(909) 919−2027

Fax: (888) 375–2101
Email: dmyers@myerslawgroup.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert M. Kitson**
THE MYERS LAW GROUP, APC
9327 Fairway View Place
Suite 100
Rancho Cucamonga, CA 91730
(213) 281–9114
Fax: (888) 375–2102
Email: rkitson@myerslawgroup.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**RYZE CLAIM SOLUTIONS, LLC**      represented by   **Alis M. Moon**
*an Indiana Limited Liability Company*                OGLETREE DEAKINS NASH SMOAK &
*formerly known as*                                    STEWART, P.C.
EAGLE ADJUSTING SERVICES, INC.                         695 Town Center Drive, Suite 1500
                                                       Costa Mesa, CA 92626
                                                       714–800–7900
                                                       Fax: 714–754–1298
                                                       Email: alis.moon@ogletree.com
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

**Christopher C. Murray**
OGLETREE DEAKINS NASH SMOAK &
STEWART, P.C. (Indianapolis)
111 Monument Circle
Suite 4600
Indianapolis, IN 46204
317–916–2522
Fax: 317–916–9076
Email: christopher.murray@ogletreedeakins.com
*ATTORNEY TO BE NOTICED*

**Susan H. Jackson**
OGLETREE DEAKINS NASH SMOAK &
STEWART, P.C. (Indianapolis)
111 Monument Circle
Suite 4600
Indianapolis, IN 46204
317–916–2540
Fax: 317–916–9076
Email: susan.jackson@ogletree.com
*ATTORNEY TO BE NOTICED*

**Thomas E. Deer**
OGLETREE DEAKINS NASH SMOAK &
STEWART, P.C. (Chicago)
155 N. Wacker Drive
Suite 4300
Chicago, IL 60606
(312) 558–1238
Fax: (312) 807–3619
Email: thomas.deer@ogletree.com
*ATTORNEY TO BE NOTICED*

**Christopher J Archibald**
Ogletree Deakins Nash Smoak & Stewart, P.C.
695 Town Center Drive
15th Floor
Costa Mesa, CA 92626
714–800–7900–7930
Fax: 714.754.1298
*TERMINATED: 08/14/2018*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **RYZE CLAIM SOLUTIONS, LLC**<br>*an Indiana Limited Liability Company* | represented by | **Alis M. Moon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher C. Murray**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan H. Jackson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas E. Deer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher J Archibald**<br>(See above for address)<br>*TERMINATED: 08/14/2018*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **LESLIE BILLINGS**<br>*an individual* | represented by | **Ann Hendrix**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jason Thomas Hatcher** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alvin F. Ferrara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David P. Myers**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert M. Kitson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2017 | Ï 1 | NOTICE of REMOVAL from Kern County Superior Court, case number BCV–17–101949 by Leslie Billings. (Filing fee $ 400, receipt number 0972–7392076) (Attachments: # 1 Exhibit A – Summons, Complaint & FAC, # 2 Exhibit B – Service of Process Transmittal Notice, # 3 Exhibit C – Answer to FAC, # 4 Civil Cover Sheet)(Archibald, Christopher) [Transferred from California Eastern on 6/11/2018.] (Entered: 12/01/2017) |
| 12/01/2017 | Ï 2 | DECLARATION of JOHN C. DEVOE re 1 Notice of Removal,. (Archibald, Christopher) [Transferred from California Eastern on 6/11/2018.] (Entered: 12/01/2017) |
| 12/01/2017 | Ï 3 | CORPORATE DISCLOSURE STATEMENT by Defendant Ryze Claim Solutions, LLC, formerly known as Eagle Adjusting Services, Inc.. (Archibald, Christopher) [Transferred from California Eastern on 6/11/2018.] (Entered: 12/01/2017) |
| 12/04/2017 | Ï 4 | CIVIL NEW CASE DOCUMENTS ISSUED: Initial Scheduling Conference set for 3/1/2018 at 08:30 AM in Bakersfield, 510 19th Street before Magistrate Judge Jennifer L. Thurston. (Attachments: # 1 Consent Form, # 2 VDRP) (Jessen, A) [Transferred from California Eastern on 6/11/2018.] (Entered: 12/04/2017) |
| 12/13/2017 | Ï 5 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Jason Thomas Hatcher for Leslie Billings (Hatcher, Jason) [Transferred from California Eastern on 6/11/2018.] (Entered: 12/13/2017) |
| 12/13/2017 | Ï 6 | CONSENT to JURISDICTION of US MAGISTRATE JUDGE by Leslie Billings. (Hatcher, Jason) [Transferred from California Eastern on 6/11/2018.] (Entered: 12/13/2017) |
| 12/29/2017 | Ï 7 | MOTION to CHANGE VENUE by Ryze Claim Solutions, LLC. Motion Hearing set for 1/29/2018 at 01:30 PM in Courtroom 2 (AWI) before District Judge Anthony W. Ishii. (Attachments: # 1 Memorandum of Points & Authorities, # 2 Declaration of John C. Devoe, # 3 Proposed Order)(Archibald, Christopher) [Transferred from California Eastern on 6/11/2018.] (Entered: 12/29/2017) |
| 01/12/2018 | Ï 8 | OPPOSITION by Leslie Billings to 7 MOTION to CHANGE VENUE . (Attachments: # 1 Declaration of Jason Hatcher, # 2 Declaration of Plaintiff Leslie Billings)(Hatcher, Jason) [Transferred from California Eastern on 6/11/2018.] (Entered: 01/12/2018) |
| 01/12/2018 | Ï 9 | REQUEST for JUDICIAL NOTICE by Leslie Billings in re 8 Opposition to Motion. (Hatcher, Jason) [Transferred from California Eastern on 6/11/2018.] (Entered: 01/12/2018) |

| 01/22/2018 | 10 | REPLY by Ryze Claim Solutions, LLC to MOTION TO CHANGE VENUE (Archibald, Christopher) [Transferred from California Eastern on 6/11/2018.] (Entered: 01/22/2018) |
|---|---|---|
| 01/22/2018 | 11 | APPENDIX by Ryze Claim Solutions, LLC re 10 Reply filed by Ryze Claim Solutions, LLC. (Archibald, Christopher) [Transferred from California Eastern on 6/11/2018.] (Entered: 01/22/2018) |
| 01/22/2018 | 12 | OBJECTIONS by Defendant Ryze Claim Solutions, LLC to 8 Opposition to Motion. (Attachments: # 1 Proposed Order)(Archibald, Christopher) [Transferred from California Eastern on 6/11/2018.] (Entered: 01/22/2018) |
| 01/25/2018 | 13 | MINUTE ORDER: (TEXT ENTRY ONLY) The Court has deemed 7 MOTION TO CHANGE VENUE noticed for hearing on 1/29/2018 before Senior District Judge Anthony W. Ishii, suitable for decision WITHOUT oral argument pursuant to Local Rule 230(g). And, as such, the hearing on same is VACATED and the matter will be taken under submission as of that date, signed by District Judge Anthony W. Ishii on 1/25/2018. (Kusamura, W) [Transferred from California Eastern on 6/11/2018.] (Entered: 01/25/2018) |
| 01/26/2018 | 14 | RESPONSE by Leslie Billings to 12 Objections. (Hatcher, Jason) [Transferred from California Eastern on 6/11/2018.] (Entered: 01/26/2018) |
| 02/16/2018 | 15 | MINUTE ORDER (TEXT ENTRY ONLY), signed by Magistrate Judge Jennifer L. Thurston on 2/16/2018: In light of the pending motion for change of venue, the Initial Scheduling Conference set for 3/1/2018 at 08:30 AM is CONTINUED to 4/26/2018 at 08:45 AM in Bakersfield, 510 19th Street before Magistrate Judge Jennifer L. Thurston. (Hall, S) [Transferred from California Eastern on 6/11/2018.] (Entered: 02/16/2018) |
| 04/05/2018 | 16 | NOTICE of APPEARANCE by Robert M. Kitson on behalf of Leslie Billings. Attorney Kitson, Robert M. added. (Kitson, Robert) [Transferred from California Eastern on 6/11/2018.] (Entered: 04/05/2018) |
| 04/13/2018 | 17 | MINUTE ORDER (TEXT ENTRY ONLY), signed by Magistrate Judge Jennifer L. Thurston on 4/13/2018: In light of the pending motion for change of venue, the Initial Scheduling Conference set for 4/26/2018 at 08:45 AM is CONTINUED to 5/30/2018 at 09:00 AM in Bakersfield, 510 19th Street before Magistrate Judge Jennifer L. Thurston. (Hall, S) [Transferred from California Eastern on 6/11/2018.] (Entered: 04/13/2018) |
| 05/07/2018 | 18 | MINUTE ORDER (TEXT ENTRY ONLY), signed by Magistrate Judge Jennifer L. Thurston on 5/7/2018: In light of the pending motion for change of venue, the Initial Scheduling Conference set for 5/30/2018 at 09:00 AM is CONTINUED to 6/28/2018 at 09:00 AM in Bakersfield, 510 19th Street before Magistrate Judge Jennifer L. Thurston. (Hall, S) [Transferred from California Eastern on 6/11/2018.] (Entered: 05/07/2018) |
| 06/08/2018 | 19 | ORDER on Defendant's 7 Motion to Transfer Venue signed by District Judge Anthony W. Ishii on 06/07/2018. CASE TRANSFERRED to Southern District of Indiana, Indiana Division. CASE CLOSED. (Flores, E) [Transferred from California Eastern on 6/11/2018.] (Entered: 06/08/2018) |
| 06/11/2018 | 20 | Case transferred in from District of California Eastern; Case Number 1:17–cv–01600. Original file copy of transfer order and docket sheet received. (Entered: 06/11/2018) |
| 06/11/2018 | 21 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (APD) (Entered: 06/11/2018) |
| 06/12/2018 | 22 | PROCEDURES AND PRACTICES before Judge Jane Magnus–Stinson **revised May 2018**. (APD) (Entered: 06/12/2018) |
| 06/21/2018 | 23 | NOTICE of Appearance by Thomas E. Deer on behalf of Defendant RYZE CLAIM SOLUTIONS, LLC. (Deer, Thomas) (Entered: 06/21/2018) |

| | | |
|---|---|---|
| 07/27/2018 | Ï 24 | NOTICE of Appearance by Christopher Murray on behalf of Defendant RYZE CLAIM SOLUTIONS, LLC. (Murray, Christopher) (Entered: 07/27/2018) |
| 08/06/2018 | Ï 25 | SCHEDULING ORDER: Initial Pretrial Conference set for 8/30/2018 12:00 PM (Eastern Time) in Telephonic before Magistrate Judge Mark J. Dinsmore. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system. The parties shall file a proposed Case Management Plan ("CMP") no fewer than seven days before the pretrial conference. See Order for additional information. Copies via US Mail. Signed by Magistrate Judge Mark J. Dinsmore on 8/6/2018.(SWM) Modified on 8/6/2018 (SWM). (Entered: 08/06/2018) |
| 08/09/2018 | Ï 26 | MOTION for Attorney(s) Jason Hatcher to Appear pro hac vice (Filing fee $100.00, receipt number IP061598), filed by Plaintiff LESLIE BILLINGS. (Attachments: # 1 Exhibit, # 2 Cover Letter, # 3 Text of Proposed Order, # 4 Envelope)(APD) (Entered: 08/09/2018) |
| 08/10/2018 | Ï 27 | MOTION to Withdraw Attorney Appearance , filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Attachments: # 1 Text of Proposed Order)(Murray, Christopher) (Entered: 08/10/2018) |
| 08/14/2018 | Ï 28 | ORDER granting 27 Motion to Withdraw Attorney Appearance. Attorney Christopher J Archibald withdrawn. Signed by Magistrate Judge Mark J. Dinsmore on 8/14/2018. (SWM) (Entered: 08/15/2018) |
| 08/14/2018 | Ï 29 | ORDER granting Jason Hatcher's 26 Motion to Appear pro hac vice on behalf of Plaintiff LESLIE BILLINGS. If not already registered with the Court's Electronic Filing System, Jason Hatcher is ordered to register within ten (10) days of the entry of this order. Copy to Jason Hatcher via US Mail. Signed by Magistrate Judge Mark J. Dinsmore on 8/14/2018. (SWM) (Entered: 08/15/2018) |
| 08/15/2018 | Ï 30 | MOTION for Attorney(s) Alis M. Moon to Appear pro hac vice (Filing fee $100, receipt number 0756−5018991), filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Murray, Christopher) (Entered: 08/15/2018) |
| 08/16/2018 | Ï 31 | ORDER granting Alis M. Moon's 30 Motion to Appear pro hac vice on behalf of RYZE CLAIM SOLUTIONS, LLC. If not already registered with the Court's Electronic Filing System, Alis M. Moon is ordered to register within ten (10) days of the entry of this order. Copy to Alis M. Moon via US Mail. Signed by Magistrate Judge Mark J. Dinsmore on 8/16/2018. (SWM) (Entered: 08/16/2018) |
| 08/17/2018 | Ï 32 | MOTION for Attorney(s) Robert M. Kitson to Appear pro hac vice (Filing fee $100.00, receipt number IP061714), filed by Plaintiff LESLIE BILLINGS. (Attachments: # 1 Cover Letter, # 2 Text of Proposed Order, # 3 Envelope)(APD) (Entered: 08/20/2018) |
| 08/23/2018 | Ï 34 | ORDER granting Robert M. Kitson's 32 Motion to Appear pro hac vice on behalf of Plaintiff LESLIE BILLINGS. If not already registered with the Court's Electronic Filing System, Robert M. Kitson is ordered to register within ten (10) days of the entry of this order. Copy to Robert M. Kitson via US Mail. Signed by Magistrate Judge Mark J. Dinsmore on 8/23/2018. (SWM) (Entered: 08/23/2018) |
| 08/23/2018 | Ï 35 | *Joint Proposed* CASE MANAGEMENT PLAN TENDERED, filed by Defendant RYZE CLAIM SOLUTIONS, LLC . (Murray, Christopher) (Entered: 08/23/2018) |
| 08/27/2018 | Ï 36 | MOTION for Attorney(s) David P. Myers to Appear pro hac vice (Filing fee $100.00, receipt number IP061801), filed by Plaintiff LESLIE BILLINGS. (Attachments: # 1 Cover Letter, # 2 Text of Proposed Order, # 3 Envelope)(APD) (Entered: 08/27/2018) |
| 08/28/2018 | Ï 37 | ORDER granting 36 Motion to Appear pro hac vice. Attorney David P. Myers for LESLIE BILLINGS added. If not already registered with the Court's Electronic Filing System, David P. Myers is ordered to register within ten (10) days of the entry of this order. Copy to David P. Myers |

| | | |
|---|---|---|
| 08/30/2018 | Ï 38 | ORDER REGARDING PROTECTIVE ORDERS. See Order. Signed by Magistrate Judge Mark J. Dinsmore on 8/30/2018.(SWM) (Entered: 08/30/2018) |
| 08/30/2018 | Ï 39 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: Telephonic Initial Pretrial Conference held on 8/30/2018. Approved Case Management Plan, as amended, to entered by separate order. Telephonic Status Conference set for 10/10/2018 at 10:30 AM (Eastern Time) before Magistrate Judge Mark J. Dinsmore. *SEE ORDER.* Signed by Magistrate Judge Mark J. Dinsmore. (GD) (Entered: 08/30/2018) |
| 08/30/2018 | Ï 40 | ORDER: CASE MANAGEMENT PLAN APPROVED AS AMENDED. *See All Deadlines.* Signed by Magistrate Judge Mark J. Dinsmore on 8/30/2018. (GD) (Entered: 08/30/2018) |
| 09/06/2018 | Ï 41 | NOTICE of Service of Initial Disclosures , filed by Plaintiff LESLIE BILLINGS. (Hatcher, Jason) (Entered: 09/06/2018) |
| 09/13/2018 | Ï 42 | Exhibit List *Preliminary*, filed by Plaintiff LESLIE BILLINGS. (Hatcher, Jason) (Entered: 09/13/2018) |
| 09/13/2018 | Ï 43 | Witness List *Preliminary*, filed by Plaintiff LESLIE BILLINGS. (Hatcher, Jason) (Entered: 09/13/2018) |
| 09/20/2018 | Ï 44 | Exhibit List *Preliminary*, filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Murray, Christopher) (Entered: 09/20/2018) |
| 09/20/2018 | Ï 45 | Witness List *Preliminary*, filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Murray, Christopher) (Entered: 09/20/2018) |
| 10/15/2018 | Ï 47 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: Telephonic Status Conference held on 10/10/2018. Parties discussed status of discovery. Telephonic Status Conference set for 11/26/2018 at 11:00 AM (Eastern Time) before Magistrate Judge Mark J. Dinsmore. *SEE ORDER.* Signed by Magistrate Judge Mark J. Dinsmore. (GD) (Entered: 10/15/2018) |
| 11/19/2018 | Ï 48 | Unopposed MOTION for Continuance *of Status Conference*, filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Attachments: # 1 Text of Proposed Order)(Murray, Christopher) (Entered: 11/19/2018) |
| 11/20/2018 | Ï 49 | ORDER granting 48 Motion for Continuance. The telephonic status conference currently scheduled for November 26, 2018 at 11:00 a.m. is hereby CONTINUED to Wednesday, December 5, 2018 at 11:30 a.m. (Eastern). All other requirements of the Court's order dated October 15, 2018 47 remain in effect. Signed by Magistrate Judge Mark J. Dinsmore on 11/20/2018. (GD) (Entered: 11/20/2018) |
| 11/20/2018 | Ï 50 | MOTION for Attorney(s) Alvin F. Ferrara to Appear pro hac vice (Filing fee $100.00, receipt number IP062914), filed by Plaintiff LESLIE BILLINGS. (Attachments: # 1 Cover Letter, # 2 Text of Proposed Order, # 3 Envelope)(APD) (Entered: 11/26/2018) |
| 11/27/2018 | Ï 51 | ORDER granting 50 Motion to Appear pro hac vice. Attorney Alvin F. Ferrara for LESLIE BILLINGS added. If not already registered with the Court's Electronic Filing System, Alvin A. Ferrara is ordered to register within ten (10) days of the entry of this order. Copy to Alvin F. Ferrara via US Mail. Signed by Magistrate Judge Mark J. Dinsmore on 11/27/2018. (SWM) (Entered: 11/28/2018) |
| 12/03/2018 | Ï 53 | ENTRY: Although President Trump has declared a federal holiday on Wednesday, December 5, 2018, to support a national day of mourning out of respect for the passing of former President |

| | | |
|---|---|---|
| | | George W. Debs, Delphonic Status Conference set for 07/30/2019 at 8:00 AM, this matter will proceed as scheduled. SO ORDERED. By Magistrate Judge Mark J. Dinsmore on 12/3/2018. (GD) (Entered: 12/03/2018) |
| 12/05/2018 | Ï 54 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: Telephonic Status Conference held on 12/5/2018. Parties discussed status of discovery. Telephonic Status Conference set for 1/2/2019 at 4:45 PM (Eastern Time) before Magistrate Judge Mark J. Dinsmore. *SEE ORDER.* Signed by Magistrate Judge Mark J. Dinsmore. (GD) (Entered: 12/06/2018) |
| 12/13/2018 | Ï 55 | NOTICE of Appearance by Susan H. Jackson on behalf of Defendant RYZE CLAIM SOLUTIONS, LLC. (Jackson, Susan) (Entered: 12/13/2018) |
| 12/21/2018 | Ï 56 | MOTION for Leave to File *First Amended Answer and Counterclaim*, filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Attachments: # 1 Exhibit A– First Amended Answer and Counterclaim, # 2 Text of Proposed Order)(Murray, Christopher) (Entered: 12/21/2018) |
| 01/02/2019 | Ï 58 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: Telephonic Status Conference held on 1/2/2019. Parties discussed status of discovery. Telephonic Status Conference set for 2/1/2019 at 11:45 AM (Eastern Time) before Magistrate Judge Mark J. Dinsmore. *SEE ORDER.* Signed by Magistrate Judge Mark J. Dinsmore. (GD) (Entered: 01/04/2019) |
| 01/04/2019 | Ï 59 | RESPONSE in Opposition re 56 MOTION for Leave to File *First Amended Answer and Counterclaim* , filed by Plaintiff LESLIE BILLINGS. (Hatcher, Jason) (Entered: 01/04/2019) |
| 01/11/2019 | Ï 60 | REPLY in Support of Motion re 56 MOTION for Leave to File *First Amended Answer and Counterclaim* , filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Murray, Christopher) (Entered: 01/11/2019) |
| 01/24/2019 | Ï 61 | SCHEDULING ORDER: This cause comes before the Court on Defendant's Motion for Leave to File First Amended Answer and Counterclaim. [Dkt. 56 .] This matter is set for an in−person hearing on Tuesday, February 12, 2019 at 11:00 a.m. (Eastern) in Courtroom 243, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. The parties are ordered to appear by their counsel. Signed by Magistrate Judge Mark J. Dinsmore on 1/24/2019.(SWM) (Entered: 01/24/2019) |
| 01/28/2019 | Ï 63 | MOTION to Certify Class *Action and Conditional Collective Action*, filed by Plaintiff LESLIE BILLINGS. (Hatcher, Jason) Modified on 6/18/2019 (JDH). (Entered: 01/28/2019) |
| 01/28/2019 | Ï 64 | Appendix of Exhibits in Support of Motion re 63 MOTION to Certify Class *Action and Conditional Collective Action* , filed by Plaintiff LESLIE BILLINGS. (Attachments: # 1 Exhibit Exhibit Exhibit A: Barrearas MSJ Order, # 2 Exhibit Exhibit B: Plt. Expert Report, # 3 Exhibit Exhibit C: Plt. Commission Pay Reports Ex. 7 from 30(b)(6) Depo, # 4 Exhibit Exhibit D: Excerpts Rule 30(b)(6) Depo transcript, # 5 Exhibit Exhibit E: Claims Adjuster Job Descriptions Produced at Rule 30(b)(6) Depo, # 6 Exhibit Exhibit F: Excerpts EE Handbook, # 7 Exhibit Exhibit G: Employment Agreements and Schedule A Produced at 30(b)(6) Depo, # 8 Exhibit Exhibit H: Ryze Separate Reimbursement Policy, # 9 Exhibit Exhibit I: Cal. EDD for Billings, # 10 Exhibit Exhibit J: Billings Employment Agreement, Sched. A, 2012, # 11 Exhibit Exhibit K: Decl. of Billings, # 12 Exhibit Exhibit L: Ryze Response to Interrogatories, # 13 Exhibit Exhibit M: Ryze Billing Locations, # 14 Exhibit Exhibit N: Billings Employment Agreement, Sched. A, 2016, # 15 Exhibit Exhibit O: Decl. of J. Hatcher, # 16 Exhibit Exhibit P: Decl. of R. Kitson)(Hatcher, Jason) (Entered: 01/28/2019) |
| 01/28/2019 | Ï 65 | BRIEF/MEMORANDUM in Support re 63 MOTION to Certify Class *Action and Conditional Collective Action* , filed by Plaintiff LESLIE BILLINGS. (Hatcher, Jason) (Entered: 01/28/2019) |

| 01/28/2019 | Ï 66 | MOTION for Approval of Notice of Class Action and Collective Action, filed by Plaintiff LESLIE BILLINGS. (Attachments: # 1 Exhibit Exhibit 1: Proposed Notice of Action, # 2 Exhibit Exhibit 2: Proposed Consent to Action)(Hatcher, Jason) (Entered: 01/28/2019) |
|---|---|---|
| 01/29/2019 | Ï 67 | Submission of Proposed Order *Certifying Rule 23 Class Action and Conditional Collective Action*, re 63 MOTION to Certify Class *Action and Conditional Collective Action*, filed by Plaintiff LESLIE BILLINGS. (Hatcher, Jason) (Entered: 01/29/2019) |
| 01/29/2019 | Ï 68 | Submission of Proposed Order *Approving Proposed Class Action and Collective Action Notice*, re 66 MOTION *For Approval of Notice of Class Action and Collective Action Notice*, filed by Plaintiff LESLIE BILLINGS. (Hatcher, Jason) (Entered: 01/29/2019) |
| 02/07/2019 | Ï 69 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: Telephonic Status Conference held on 2/1/2019. Parties discussed status of discovery. Conference concluded without further order. Signed by Magistrate Judge Mark J. Dinsmore. (GD) (Entered: 02/08/2019) |
| 02/12/2019 | Ï 70 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: Hearing held on 2/12/2019 re 56 Defendant's Motion for Leave to File First Amended Answer and Counterclaim. For reasons set forth in greater detail during hearing, Court finds that Defendant's motion is well taken & Plaintiff's objections thereto are without merit. Accordingly, 56 Defendant's motion is hereby GRANTED. On or before **February 15, 2019**, Defendant shall file its amended answer and counterclaim in substantially the same format submitted with Defendant's motion. Signed by Magistrate Judge Mark J. Dinsmore. (GD) (Entered: 02/12/2019) |
| 02/14/2019 | Ï 71 | *Amended* ANSWER to Complaint (Notice of Removal) , COUNTERCLAIM against LESLIE BILLINGS, filed by RYZE CLAIM SOLUTIONS, LLC. (Attachments: # 1 Exhibit 1 – Employment Agreement, # 2 Exhibit 2 – 7/5/16 Email to Billings)(Murray, Christopher) (Entered: 02/14/2019) |
| 02/22/2019 | Ï 72 | MOTION for Extension of Time to *Related to Class Certification Deadlines*, filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Attachments: # 1 Text of Proposed Order)(Murray, Christopher) (Entered: 02/22/2019) |
| 02/25/2019 | Ï 73 | ORDER GRANTING MOTION FOR EXTENSION OF TIME RELATED TO CLASS CERTIFICATION DEADLINES – This matter has come before the Court on Defendant RYZE Claims Solutions, LLC's Motion for Extension of Time Related to Class Certification Deadlines. The Court, having been duly advised in the premises, hereby GRANTS said Motion 72 . IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant shall have until March 13, 2019 to file its response to Plaintiff's Motion to Certify a Combined Class. Discovery related to class certification issues shall be completed on or before March 25, 2019. Plaintiff shall have until March 28, 2019 to file a reply to Defendant's response. Defendant shallhave until April 11, 2019 to file a surreply if Plaintiff's reply introduces new arguments or evidence in reply outside the scope of Defendant's response. Signed by Judge Jane Magnus–Stinson on 2/25/2019. (JDH) (Entered: 02/25/2019) |
| 02/28/2019 | Ï 74 | *Plaintiff/Counterclaim Defendant L. Billings' Reply, Affirmative Defenses and* ANSWER to 71 Answer to Complaint (Notice of Removal)Counterclaim *for Damages & Injunctive Relief*, filed by LESLIE BILLINGS.(Hatcher, Jason) (Entered: 02/28/2019) |
| 03/13/2019 | Ï 75 | NOTICE of Filing *Manual* by All Defendants (Murray, Christopher) (Entered: 03/13/2019) |
| 03/13/2019 | Ï 76 | MOTION to Strike *Expert Report of Bennett Berger*, filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Attachments: # 1 Text of Proposed Order)(Murray, Christopher) (Entered: 03/13/2019) |
| 03/13/2019 | Ï 77 | BRIEF/MEMORANDUM in Support re 76 MOTION to Strike *Expert Report of Bennett Berger* , filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Murray, Christopher) (Entered: |

| | | |
|---|---|---|
| 03/13/2019 | Ï 78 | RESPONSE in Opposition re 63 MOTION to Certify Class *Action and Conditional Collective Action* , filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Murray, Christopher) (Entered: 03/13/2019) |
| 03/13/2019 | Ï 79 | MOTION for Summary Judgment *on Plaintiff's Claims Under the Fair Labor Standards Act*, filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Murray, Christopher) (Entered: 03/13/2019) |
| 03/13/2019 | Ï 80 | BRIEF/MEMORANDUM in Support re 79 MOTION for Summary Judgment *on Plaintiff's Claims Under the Fair Labor Standards Act* , filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Murray, Christopher) (Entered: 03/13/2019) |
| 03/13/2019 | Ï 81 | Designation of Evidence re 80 Brief/Memorandum in Support, 78 Response in Opposition to Motion , filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Attachments: # 1 Exhibit A – Declaration of Judy Roach, # 2 Exhibit B – Declaration of Ryan Bramlett, # 3 Exhibit C – Manual Filing of audio recording, # 4 Exhibit D – Declaration of Denise Simpson, # 5 Exhibit E – Transcript of Deposition of Billings, # 6 Exhibit F – Exhibits from Depo of Billings, # 7 Exhibit G – 1969 DOL Wage and Hour Opinion, # 8 Exhibit H – 2006 DOL Wage and Hour Opinion)(Murray, Christopher) (Entered: 03/13/2019) |
| 03/14/2019 | Ï 82 | Remark: One CD received re 75 NOTICE of Manual Filing by Defendant RYZE CLAIM SOLUTIONS, LLC. (JDH) (Entered: 03/14/2019) |
| 03/27/2019 | Ï 83 | RESPONSE in Opposition re 76 MOTION to Strike *Expert Report of Bennett Berger* , filed by Plaintiff LESLIE BILLINGS. (Attachments: # 1 Exhibit A – Declaration of Bennett Berger)(Hatcher, Jason) (Entered: 03/27/2019) |
| 03/27/2019 | Ï 84 | Submission of Proposed Order *Denying Defendant's*, re 76 MOTION to Strike *Expert Report of Bennett Berger*, filed by Plaintiff LESLIE BILLINGS. (Hatcher, Jason) (Entered: 03/27/2019) |
| 03/28/2019 | Ï 85 | REPLY in Support of Motion re 63 MOTION *For Approval of Notice of Class Action and Collective Action Notice* , filed by Plaintiff LESLIE BILLINGS. (Attachments: # 1 Appendix of Exhibits to Pl Reply ISO Motion to Certify Class Action, # 2 Exhibit Q – Def Rule 26(a) Initial Disclosures, # 3 Exhibit R – Pl Meet and Confer re Def Discovery Responses, # 4 Exhibit S – Def Response to Pl Request for Documents Set One, # 5 Exhibit T – Transcript Excerpts from the Deposition of Bramblett, # 6 Exhibit U – Excerpts from DOL Field Operations Handbook, # 7 Exhibit V – Transcript Excerpts from the Deposition of Billings, # 8 Exhibit W – Transcript from Feb 12 2019 Hearing on Def Motion for Leave)(Hatcher, Jason) Modified on 4/3/2019 (JDH). (Entered: 03/28/2019) |
| 04/03/2019 | Ï 86 | REPLY in Support of Motion re 76 MOTION to Strike *Expert Report of Bennett Berger* , filed by Defendant RYZE CLAIM SOLUTIONS, LLC, Counter Claimant RYZE CLAIM SOLUTIONS, LLC. (Murray, Christopher) (Entered: 04/03/2019) |
| 04/05/2019 | Ï 87 | MOTION for Extension of Time to File Response to April 24, 2019 re 79 MOTION for Summary Judgment *on Plaintiff's Claims Under the Fair Labor Standards Act* , filed by Plaintiff LESLIE BILLINGS. (Attachments: # 1 Declaration of J. Hatcher ISO Pl Motion for Extension to File)(Hatcher, Jason) (Entered: 04/05/2019) |
| 04/05/2019 | Ï 88 | Submission of Proposed Order *Granting*, re 87 MOTION for Extension of Time to File Response to April 24, 2019 re 79 MOTION for Summary Judgment *on Plaintiff's Claims Under the Fair Labor Standards Act* , filed by Plaintiff LESLIE BILLINGS. (Hatcher, Jason) (Entered: 04/05/2019) |
| 04/08/2019 | Ï 89 | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE IN OPPOSITION OF DEFENDANT'S MOTION FOR SUMMARY |

| | | |
|---|---|---|
| | | JUDGMENT on this matter is concluded in the Court and Plaintiff Leslie Billings' Motion for Extension of Time to file his Response in Opposition of Defendant's Motion for Summary Judgment on Plaintiff's Claims Under the Fair Labor Standards Act. The Court, having been duly advised in the premises, hereby GRANTS said Motion 87 . IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have until April 24, 2019 to file his response to Defendant's Motion for Summary Judgment on Plaintiff's Claims Under the Fair Labor Standards Act. Signed by Judge Jane Magnus–Stinson on 4/8/2019. (JDC) (Entered: 04/08/2019) |
| 04/24/2019 | Ï 90 | NOTICE of FILING of OFFICIAL TRANSCRIPT of Teleconference held before Magistrate Judge Mark J. Dinsmore on 02/12/19 (Howie–Walters, Laura) (Entered: 04/24/2019) |
| 04/24/2019 | Ï 91 | TRANSCRIPT of Teleconference held on 02/12/19 before Magistrate Judge Mark J. Dinsmore. (18 pages.) Court Reporter/Transcriber: Laura Howie–Walters (Telephone: (317) 632–3422). Please review Local Rule 80–2 for more information on redaction procedures. Redaction Statement due 5/15/2019. Release of Transcript Restriction set for 7/23/2019. (Howie–Walters, Laura) Released on 7/24/2019 (SWM). (Entered: 04/24/2019) |
| 04/24/2019 | Ï 92 | RESPONSE in Opposition re 79 MOTION for Summary Judgment *on Plaintiff's Claims Under the Fair Labor Standards Act* , filed by Plaintiff LESLIE BILLINGS. (Hatcher, Jason) (Entered: 04/24/2019) |
| 04/24/2019 | Ï 93 | Appendix of Exhibits in Support of Response in Opposition to Motion re 79 MOTION for Summary Judgment *on Plaintiff's Claims Under the Fair Labor Standards Act* , filed by Plaintiff LESLIE BILLINGS. (Attachments: # 1 Exhibit A–Roach Depo Transcript Excerpts, # 2 Exhibit B– Rule 30(b)(6) Bramblett Depo Transcript Excerpts, # 3 Exhibit C– Billings Depo Transcript Excerpts, # 4 Exhibit D– B Berger Expert Report, # 5 Exhibit E– Billings Declaration ISO Motion for Class Certification, # 6 Exhibit F– Section 22g07 and Section 22g05 from DOL Field Handbook, # 7 Exhibit G– Exhibit 2 of Deposition of Judy Roach, # 8 Exhibit H– Exhibit 7 of Deposition of Judy Roach – Plaintiff's Commission Pay Reports, # 9 Exhibit I– July 6, 2006 DOL Opinion Letter)(Hatcher, Jason) (Entered: 04/24/2019) |
| 05/03/2019 | Ï 94 | MOTION for Extension of Time to File Reply to May 15, 2019 re 79 MOTION for Summary Judgment *on Plaintiff's Claims Under the Fair Labor Standards Act* , filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Attachments: # 1 Text of Proposed Order)(Jackson, Susan) (Entered: 05/03/2019) |
| 05/06/2019 | Ï 95 | RESPONSE to Motion re 94 MOTION for Extension of Time to File Reply to May 15, 2019 re 79 MOTION for Summary Judgment *on Plaintiff's Claims Under the Fair Labor Standards Act* , filed by Plaintiff LESLIE BILLINGS. (Attachments: # 1 Exhibit A – Meet & Confer email)(Hatcher, Jason) (Entered: 05/06/2019) |
| 05/06/2019 | Ï 96 | ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT – This matter has come before the Court on Defendant RYZE Claims Solutions, LLC's Motion for Extension of Time for Reply Brief in Support of Defendant's Motion for Summary Judgment. The Court, having been duly advised in the premises, hereby GRANTS said Motion 94 . IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant shall have until May 15, 2019 to file its reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Signed by Judge Jane Magnus–Stinson on 5/6/2019. (JDH) (Entered: 05/06/2019) |
| 05/15/2019 | Ï 97 | REPLY in Support re 79 MOTION for Summary Judgment *on Plaintiff's Claims Under the Fair Labor Standards Act* , filed by Defendant RYZE CLAIM SOLUTIONS, LLC. (Attachments: # 1 Exhibit I – Roach Dep Excerpt Pages, # 2 Exhibit J – Signed Declaration of Karla Elliott, # 3 Exhibit K – Declaration of Andrea Brovont)(Murray, Christopher) Modified on 5/16/2019 (JDH). (Entered: 05/15/2019) |
| 05/22/2019 | Ï 98 | |

| | | |
|---|---|---|
| | | *Surreply to Motion for Summary Judgment on Plaintiff's Claims Under the Fair Labor Standards Act*, filed by Plaintiff LESLIE BILLINGS. (Hatcher, Jason) (Entered: 05/22/2019) |
| 05/22/2019 | Ï 99 | Appendix of Exhibits in Support of Surreply to Motion re 79 MOTION for Summary Judgment *on Plaintiff's Claims Under the Fair Labor Standards Act*, filed by Plaintiff LESLIE BILLINGS. (Attachments: # 1 Exhibit Exhibit J Excerpts Bramblett Deposition Transcript, # 2 Exhibit Exhibit K 5.15.19 Correspondence from Def., # 3 Exhibit Exhibit L 5.15.19 Email Service, # 4 Exhibit Exhibit M Bramblett Depo Exh. 8, # 5 Exhibit Exhibit N Bramblett Depo Exh. 2, # 6 Exhibit Exhibit O Excerpts Bramblett Depo Exh. 1)(Hatcher, Jason) (Entered: 05/22/2019) |
| 06/18/2019 | Ï 100 | ENTRY – Mr. Billings' factual arguments suffer from a complete lack of evidentiary support. Because Mr. Billings was exempt from the FLSA's minimum and overtime wage requirements, his FLSA claims fail as a matter of law. The Court therefore GRANTS Ryze's Motion for Summary Judgment. 79 Because Mr. Billings does not have a viable FLSA claim, the Court DENIES IN PART Mr. Billings' pending Motion to Certify Combined Class Action and FLSA Collective Action 63 to the extent it seeks FLSA collective action certification. See Weil v. Metal Techs., Inc., 2019 WL 2281567, at *4 (7th Cir. 2019) (publication pending) (affirming decertification where plaintiffs lacked "a theory of liability"). The remainder of Mr. Billings' Motion to Certify and the other pending motions remain under advisement. Their treatment will be addressed by separate entry. (See Entry). Signed by Judge Jane Magnus–Stinson on 6/18/2019. (JDH) (Entered: 06/18/2019) |
| 06/20/2019 | Ï 101 | ORDER TO SHOW CAUSE – The Court ORDERS the parties to show cause why this matter should not be transferred to U.S. District Court for the Eastern District of California for further proceedings. Ryze shall respond to this Order on or before June 28, 2019. Mr. Billings may reply on or before July 8, 2019. (See Order). Signed by Judge Jane Magnus–Stinson on 6/20/2019.(JDH) (Entered: 06/20/2019) |
| 06/28/2019 | Ï 102 | APPENDIX in support of 103 Response to Order to Show Cause by RYZE CLAIM SOLUTIONS, LLC. (Attachments: # 1 Exhibit 1 – Declaration of Denise Simpson, # 2 Exhibit 2 – Declaration of Karla Elliott)(Murray, Christopher) Modified on 7/1/2019 (JDH). (Entered: 06/28/2019) |
| 06/28/2019 | Ï 103 | RESPONSE *to Order to Show Cause*, re 101 Order to Show Cause, filed by Defendant RYZE CLAIM SOLUTIONS, LLC, Counter Claimant RYZE CLAIM SOLUTIONS, LLC. (Murray, Christopher) (Entered: 06/28/2019) |
| 07/08/2019 | Ï 104 | RESPONSE *Plaintiff Reply*, re 101 Order to Show Cause, filed by Plaintiff LESLIE BILLINGS. (Hatcher, Jason) (Entered: 07/08/2019) |
| 07/29/2019 | Ï 105 | CLOSED TRANSFER to Eastern District of California – Pursuant to 28 U.S.C. § 1404(a), the Court concludes that "the interest of justice" warrants transfer of this matter to the U.S. District Court for the Eastern District of California. The Court therefore directs the Clerk to effectuate the transfer forthwith. The Clerk shall terminate all motions on this Court's docket only. (See Order). Signed by Judge Jane Magnus–Stinson on 7/29/2019.(JDH) (Entered: 07/29/2019) |
| 07/29/2019 | Ï 106 | Transfer Letter to Clerk of the Eastern District of California. Case transferred electronically to Eastern District of California, on July 29, 2019. (JDH) (Entered: 07/29/2019) |

**Case #: 1:18−cv−01767−JMS−MJD**