# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

October 11, 2019

Before

KENNETH F. RIPPLE, *Circuit Judge*

| No. 19-2930 | IN RE: RYZE CLAIMS SOLUTIONS, LLC, Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 1:18-cv-01767-JMS-MJD District Judge Jane Magnus-Stinson ||

Upon consideration of the **PETITION FOR A WRIT OF MANDAMUS**, filed on October 3, 2019, by counsel for the petitioner,

**IT IS ORDERED** that the party-in-interest, Leslie Billings, shall respond to the petition for Writ of Mandamus by October 18, 2019.

**IT IS FURTHER ORDERED** that the July 29, 2019, transfer order of United States District Court for the Southern District of Indiana is temporarily **STAYED**.

form name: **c7_Order_3J**(form ID: **177**)